# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Kimbley Carter Williams,<br>    *Plaintiff*, | § § § § § § § § | |
| v. | | Civil Action No. 4:25-cv-02460 |
| William Simon and R. Vaughn, | | |
|     *Defendants*. | | |

## NOTICE OF NON-REPRESENTATION

On July 31, 2025, undersigned counsel filed a motion to continue the responsive pleading deadlines of Defendants William Simon and R. Vaughn. ECF No. 15. Defendant William Simon is a Deputy U.S. Marshall represented by the undersigned counsel. However, Defendant R. Vaughn is not an employee of the federal government, and the undersigned counsel does not represent Mr. Vaughn or have knowledge as to whether he has been served with process in this suit. Accordingly, counsel requests that the Court remove Ms. Siddiqui as counsel of record for Defendant R. Vaughn and disregard the prior filing on his behalf.

Dated: August 22, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: */s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney
Southern District No. 3257790
Texas Bar No. 24106434
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9600
Fax: (713) 718-3300
E-mail: myra.siddiqui@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that on August 22, 2025, the foregoing was filed and served on Plaintiff via email.

                */s/ Myra Siddiqui*
                Myra Siddiqui
                Assistant United States Attorney